IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-557-RJC-DCK

| | |
|---|---|
| ANNIE CHEUNG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CERTAINTEED CORPORATION, )<br>CENTEX REAL ESTATE CORPORATION, )<br>CENTEX HOMES and NOMAS )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Stay Initial Attorney Conference" (Document No. 12) filed September 17, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Stay Initial Attorney Conference" (Document No. 12) is **GRANTED**. The parties shall file a Certification of Initial Attorney's Conference on or before **October 19, 2012**.

Signed: September 19, 2012

David C. Keesler
United States Magistrate Judge