IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-557-RJC-DCK

| | |
|---|---|
| ANNIE CHEUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CERTAINTEED CORPORATION, ) | |
| CENTEX REAL ESTATE CORPORATION, ) | |
| CENTEX HOMES and NOMAS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion To Stay Initial Attorney Conference" (Document No. 18) filed October 11, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion To Stay Initial Attorney Conference" (Document No. 18) is **GRANTED**. The parties shall file a Certification of Initial Attorney's Conference, or in the alternative renew their Motion To Stay, on or before **December 15, 2012**.

Signed: October 15, 2012

David C. Keesler
United States Magistrate Judge