IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-557-RJC-DCK

| | |
|---|---|
| ANNIE CHEUNG, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CERTAINTEED CORPORATION, CENTEX REAL ESTATE CORPORATION, CENTEX HOMES and NOMAS CORPORATION, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Third Motion To Stay Initial Attorney Conference" (Document No. 23) filed December 14, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Third Motion To Stay Initial Attorney Conference" (Document No. 23) is **GRANTED**. The parties shall file a Certification of Initial Attorney's Conference, or in the alternative renew their Motion To Stay, on or before **January 15, 2012**.

Signed: December 14, 2012

David C. Keesler
United States Magistrate Judge